1  KHALDOUN A. BAGHDADI, SBN 190111
   VALERIE N. ROSE, SBN 272566
   KELLY L. GANCI, SBN 335658
2  **WALKUP, MELODIA, KELLY & SCHOENBERGER**
   650 California Street, 26th Floor
3  San Francisco, CA 94108
   Telephone:   (415) 981-7210
4  Facsimile:   (415) 391-6965

5  *Attorneys for Plaintiff,*
   K.D., A MINOR, BY AND THROUGH HIS GAL, LAQUANTAE DAVIS
6

7  WILLIAM J. TRINKLE, SBN 102280
   WENDY A. WALKER, SBN 295877
8  **YOUNG, MINNEY & CORR, LLP**
   655 University Ave. Suite 150
9  Sacramento, CA 95825
   Telephone:   (916) 646-1400
10 Facsimile:   (916) 646-1300

11 *Attorneys for Defendants,*
   CALIBER CHANGEMAKERS ACADEMY; RACHAEL WEINGARTEN;
12 AND AISHA FORD

13 KELLIE M. MURPHY, SBN 189500
   **JOHNSON SCHACHTER & LEWIS, A PLC**
14 1545 RIVER PARK DR., STE. 204
   SACRAMENTO, CA 95815
15 Telephone:   (916) 921-5800
   Facsimile:   (916) 921-0247
16
17 *Attorneys for Defendants,*
   VALLEJO CITY UNIFIED SCHOOL DISTRICT

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21  K.D., a minor, by and through his Guardian Ad      )   CASE NO.: 2:23-cv-00083-JAM-JDP
    Litem, LAQUANTAE DAVIS,                            )
22                                                     )   **JOINT STIPULATION AND ORDER**
                    Plaintiff,                         )   **TO CONTINUE TIME FOR INITIAL**
23                                                     )   **DISCLOSURES**
              v.                                       )
24                                                     )
    CALIBER CHANGEMAKERS ACADEMY;                      )
25  VALLEJO CITY UNIFIED SCHOOL                        )
    DISTRICT; RACHAEL WEINGARTEN; AISHA                )
26  FORD; and DOES 1 through 50, inclusive,            )   Complaint filed: January 13, 2023
                                                       )
27                  Defendants.                        )
                                                       )
28  _____        )

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiff K.D., a minor, by and through his Guardian Ad Litem, LAQUANTAE DAVIS ("Plaintiff"), and Defendants CALIBER CHANGEMAKERS ACADEMY ("Caliber"), RACHAEL WEINGARTEN ("Weingarten") AISHA FORD ("Ford") , and VALLEJO CITY UNIFIED SCHOOL DISTRICT ("VCUSD"),  (Caliber, Weingarten, Ford, and VCUSD collectively "Defendants") (Plaintiff and Defendants, collectively the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until April 24, 2023.

WHEREAS, on January 13, 2023, Plaintiff filed his Complaint;

WHEREAS, VCUSD was served with Plaintiff's Complaint on January 20, 2023;

WHEREAS, Caliber, Weingarten, and Ford were served on February 25, 2023 via Waiver of Service of Summons;

WHEREAS, VCUSD filed its Answer to Plaintiff's complaint on March 10, 2023;

WHEREAS, Caliber, Weingarten, and Ford's responsive pleading is due on April 12, 2023;

WHEREAS, the Parties met and conferred pursuant to FRCP Rule 26(f) on March 27, 2023, to consider the nature and basis of the claims and defenses, the possibilities for promptly settling or resolving the case; making or arranging for the disclosures required by FRCP Rule 26(a)(1), discussing any issues about preserving discoverable information, and developing a proposed discovery plan;

WHEREAS, the Parties' Initial Disclosures pursuant to FRCP Rule 26(a)(1) are currently due on April 10, 2023;

WHEREAS, the Parties have agreed to postponing Initial Disclosures until the Parties have had sufficient time to investigate the issues and file meaningful Initial Disclosures, and until a date after Caliber, Weingarten, and Ford's responsive pleadings are to be filed and served;

WHEREAS, Plaintiff stated they will file and their Initial Disclosures by April 10, 2023, but will give Defendants additional time to file and serve their respective disclosures;

///

///

///

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, to respectfully request the Court set the last date for Defendants to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1), be continued until April 24, 2023.

**IT IS SO STIPULATED.**

Dated:  April 10, 2023               **WALKUP, MELODIA, KELLY & SCHOENBERGER**

By: _____
KELLY GANCI
*Attorneys for Plaintiff,*
K.D., A MINOR, BY AND THROUGH HIS GAL,
LAQUANTAE DAVIS

Dated:  April 10, 2023               **YOUNG, MINNEY & CORR, LLP**

By: _____/s/_____
WENDY A. WALKER
*Attorney for Defendants,*
CALIBER CHANGEMAKERS ACADEMY; RACHAEL
WEINGARTEN; AND AISHA FORD

Dated:  April 10, 2023               **JOHNSON SCHACHTER & LEWIS, A PLC**

By: _____
KELLIE M. MURPHY
*Attorney for Defendants,*
VALLEJO CITY UNIFIED SCHOOL DISTRICT

1

## **<u>ORDER</u>**

2

For good cause shown, the above Stipulation is **ADOPTED** as follows:

3

The last date for the Defendants to submit Initial Disclosures pursuant to FRCP Rule 26(a)(1) is

4

hereby continued until **April 24, 2023**.

5

**IT IS SO ORDERED.**

Dated: April 11, 2023                            /s/ John A. Mendez

6

_____

THE HONORABLE JOHN A. MENDEZ

7

SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES