LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF K.D., a minor by and through his Guardian ad Litem LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem LAQUANTAE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DISCLOSURE OF VALLEJO POLICE DEPARTMENT'S INVESTIGATION FILE FOR CASE NO. 22-2512** |

Plaintiff K.D., a minor by and through his Guardian ad Litem LAQUANTAE DAVIS and Defendants, CALIBER CHANGEMAKERS ACADEMY, VALLEJO UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD (collectively "Defendants") and the VALLEJO POLICE DEPARTMENT, through their undersigned counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties hereto that:

1.   This case arises from Plaintiff K.D.'s allegations that, on multiple dates during the 2021-2022 school year while attended fourth grade at CALIBER

1  CHANGEMAKERS ACADEMY in Vallejo, K.D. was repeatedly sexually assaulted by
2  student K.J.W.. Defendants deny any liability for the claims of K.D.
3    2.    The Vallejo Police Department has advised it conducted an investigation
4  of Plaintiff's allegations, spoke to witnesses, and prepared reports relating to its
5  investigation.
6    3.    Disclosure of the Vallejo Police Department's investigation file will
7  assist the parties in prosecution and defense of this lawsuit. Additionally, disclosure
8  of the Vallejo Police Department's investigation will assist in attempting to resolve
9  the matter.
10   4.    According to counsel for Plaintiff, on May 3, 2023, counsel for Plaintiff
11 K.D. issued a subpoena to the Vallejo Police Department seeking its investigation file
12 for Case # 22-2512. On May 31, 2023, the City Attorney objected on behalf of the
13 Vallejo Police Department on the grounds that reports of suspected child abuse are
14 confidential under California law and are subject to criminal and civil penalties for
15 release except to specified individuals under California Penal Code §§ 11169(a) and
16 11167.5(a). *See Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987); *Webb v.
17 Cnty. of Stanislaus*, 2022 U.S. Dist. LEXIS 26568, *9 (E.D. Cal. 2022).
18   5.    According to counsel for Plaintiff, counsel for Plaintiff and counsel for
19 the City of Vallejo have met and conferred and are advised the Vallejo Police
20 Department does not have a particularized concern with release beyond the statutory
21 restrictions and is willing to produce its investigation file for Case #22-2512 pursuant
22 to Court order subject to the conditions set forth herein.
23   6.    The parties respectfully request that the Court issue an order directing
24 the Vallejo Police Department to release its investigation file for VPD Case #22-2512
25 to all counsel for the undersigned parties.
26   7.    The parties agree that the materials will be used only for the purposes
27 of this litigation and will only be disclosed as indicated in the Protective Order
28 entered herein on July 28, 2023 (Dkt. 34).

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER PERMITTING DISCLOSURE OF VALLEJO POLICE
DEPARTMENT'S INVESTIGATION FILE - Case No. 2:23-CV-00083-JAM-JDP

8. The parties further agree that the material released by the Vallejo Police Department shall be deemed to be confidential and subject to the terms of the Protective Order, and the burden shall be on the parties receiving the documents to seek relief from the Protective Order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: September 21, 2023            CITY ATTORNEYS OFFICE

By: _____/S/ *Katelyn Knight*_____
KATELYN KNIGHT
Assistant City Attorney
Attorney for Real Party in Interest CITY OF VALLEJO

Dated: October 26, 2023            W<span>ALKUP</span>, M<span>ELODIA</span>, K<span>ELLY</span> & S<span>CHOENBERGER</span>

By: _____/S/ *Kelly L. Ganci*_____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF K.D., a minor by and through his Guardian ad Litem LAQUANTAE DAVIS

Dated:  October 26, 2023            YOUNG MINNEY CORR LLP

By: _____/S/ *Mary E. Greene*_____
MARY E. GREENE
Attorney for Defendants
CALIBER CHANGEMAKERS ACADEMY, RACHAEL WEINGARTEN, AISHA FORD

Dated:  October 26, 2023            JOHNSON SCHACHTER & LEWIS

By: _____/S/ *Kellie M. Murphy*_____
KELLIE M. MURPHY
KRISTEN M. CAPRINO
Attorney for Defendant
VALLEJO CITY UNIFIED SCHOOL DISTRICT

LAW OFFICES OF
W<span>ALKUP</span>, M<span>ELODIA</span>, K<span>ELLY</span> & S<span>CHOENBERGER</span>
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

# ORDER

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

1. The Vallejo Police Department shall release its investigation file for Case # 22-2512 to all counsel for the parties herein.
2. The material released by the Vallejo Police Department shall be used only for the purposes of this litigation and will only be disclosed as indicated in the Protective Order entered herein on July 28, 2023 (Dkt. 34). The material released by the Vallejo Police Department shall be deemed to be confidential and subject to the terms of the Protective Order, and the burden shall be on the parties receiving the documents to seek relief from the Protective Order.

IT IS SO ORDERED.

Dated:   October 30, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

STIPULATION AND [PROPOSED] ORDER PERMITTING DISCLOSURE OF VALLEJO POLICE DEPARTMENT'S INVESTIGATION FILE - Case No. 2:23-CV-00083-JAM-JDP