LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
**K.D., A MINOR, BY AND THROUGH HIS**
**GUARDIAN AD LITEM, LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTAE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO CITY UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE**<br><br>**Hon. Daniel J. Calabretta**<br>**Magistrate Jeremy D. Peterson** |

The parties in the above-entitled action hereby stipulate as follows:

WHEREAS Plaintiff and Defendant Caliber Changemakers Academy are set to appear for a settlement conference before Magistrate Judge Jeremy Peterson on May 7, 2024 at 10:00 a.m.;

WHEREAS the parties require additional time to conduct discovery and take depositions before a meaningful settlement conference can occur;

WHEREAS Plaintiff's motion to compel documents from Caliber

1

1  Changemakers Academy is set to be heard after the settlement conference;

2      WHEREAS the parties jointly request the Court vacate the May 7, 2024

3  settlement conference and permit the parties to confer on a new date to occur later in

4  2024.

5      IT IS SO STIPULATED.

6  Dated: April 12, 2024    WALKUP, MELODIA, KELLY & SCHOENBERGER

        By:    /s/Kelly L. Ganci
            KHALDOUN A. BAGHDADI
            VALERIE N. ROSE
            KELLY L. GANCI
            Attorneys for PLAINTIFF
            K.D., A MINOR, BY AND THROUGH HIS
            GUARDIAN AD LITEM, LAQUANTAE
            DAVIS

Dated: April 12, 2024    YOUNG MINNEY & CORR

        By:    /s/Molly Greene
            WILLIAM J. TRINKLE
            MOLLY GREENE
            Attorneys for DEFENDANT CALIBER
            CHANGEMAKERS ACADEMY

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

**ORDER**

Based upon the stipulation of the parties and good cause shown, the May 7, 2024 settlement conference is hereby vacated.

IT IS SO ORDERED.

Dated: April 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE