1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

K.D.,

Case No.  2:23-cv-00083-DJC-JDP

12

Plaintiff,

13

v.

ORDER AFTER HEARING

14

CALIBER CHANGEMAKERS
ACADEMY, *et al.*,

15
16

Defendants.

17        This case was before the court on May 16, 2024, for hearing on plaintiff's motion to

18  compel defendant Caliber Changemaker Academy ("Caliber") to provide further responses to his

19  Requests for Production of Documents and to supplement its initial disclosures.  ECF No. 58.

20  Attorney Valerie Rose appeared on behalf of plaintiff.  Attorneys Mary Greene and Kristen

21  Rodriguez appeared on behalf of Caliber, and attorney Kristen Caprino appeared on behalf of

22  defendant Vallejo City United School District.

23        For the reasons state on the record, it is hereby ORDERED that plaintiff's motion to

24  compel, ECF No. 58, is granted in part and denied in part as follows:

25        1.  The motion is granted as plaintiff's Request for Production of Documents Numbers 1-

26  3, 5-7, 9-11, 13, 16-22, 28-40, and 49.  By no later than July 26, 2024, Caliber shall produce,

27  without redaction, documents responsive to these requests as detailed at the May 16, 2024

28

1  hearing.[1]

2      2.  For any responsive records protected by the Family Educational Rights and Privacy

3  Act ("FERPA"), Caliber shall provide, by no later than June 27, 2024, notice to the individuals to

4  whom the records pertain as required by the Act.[2]

5      3.  To the extent Caliber withholds any responsive documents based on an assertion of

6  privilege, Caliber's production shall be accompanied by a privilege log.

7      4.  The balance of the motion is denied.

8

9  IT IS SO ORDERED.

10

   Dated:    May 30, 2024

11                                                              _____

12                                                              JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25      [1] If appropriate, Caliber may produce documents pursuant to the July 28, 2023 protective

26  order.  *See* ECF No. 34.
        [2] As stated on the record, the court finds that responsive text messages and emails are not

27  covered by FERPA.  As for the remaining responsive documents, Caliber shall be responsible for
    determining whether each document is protected by FERPA and therefore requires notice to

28  interested parties prior to production.