UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, et. al.,<br><br>Defendants. | No. 2:23-cv-00083-DJC-JDP<br><br>ORDER TO SHOW CAUSE |

On July 17, 2023, the Court issued an order granting the Defendant's Motion to Dismiss (ECF No. 27) as to Plaintiff's second, third, fourth, and sixth causes of action against Defendant Vallejo City United School District, thereby dismissing it from suit, and granting Plaintiff leave to file an amended complaint within thirty days.  (ECF No. 68.)  Thirty days have passed, and Plaintiff has failed to file an amended complaint.  Defendant Vallejo City Unified School District has filed a Proposed Judgment (ECF No. 73.)

////

////

Accordingly, IT IS HEREBY ORDERED that within fourteen days of this order Plaintiff must show cause in writing as to why the Court should not enter judgment in favor of Defendant Vallejo City United School District.

IT IS SO ORDERED.

Dated:  **November 5, 2024**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE