LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
K.D., A MINOR, BY AND THROUGH
HIS GUARDIAN AD LITEM,
LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTAE DAVIS,<br><br>                Plaintiff,<br><br>  v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO CITY UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>                Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 72)**<br><br>Honorable Daniel J. Calabretta<br>Magistrate Jeremy D. Peterson<br><br>Filed:  January 13, 2023<br>Trial    May 11, 2026 |

The Parties, through their undersigned counsel, herby jointly stipulate and request the Court enter an order as follows:

WHEREAS:

1. Defendant Caliber Changemaker Academy (CCA) completed its document production in the Fall of 2024;

2. Since January 2025, Plaintiff has been diligently attempting to schedule

1

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER - CASE NO. 2:23-cv-00083-DJC-JDP

the depositions of Defendant Aisha Ford, multiple current and former CCA employees and CCA's 30(b)(6) witness; Defendant took the first session of the deposition of Guardian Ad Litem LAQUANTAE DAVIS on October 24, 2024. Plaintiff took the deposition of defendant RACHAEL WEINGARTEN on March 3, 2025.

3. Since the Spring of 2024, Defendant has been diligently attempting to reach agreement with Plaintiff about the terms of a mental health Independent Medical Examination and the procedures for deposition of the minor Plaintiff KD, but to date no such agreement has been secured;

4. On April 2, 2025, the Parties participated in a settlement conference before Magistrate Judge Peterson and the case did not resolve;

5. The Court set a Further Settlement Conference for June 20, 2025 (Dkt. 86);

6. The deposition of Defendant Aisha Ford, as well as multiple current and former CCA employees and 30(b)(6) witness, were noticed for late May and June 2025, but cannot proceed due to the following ongoing issues:

   a. Defendant AISHA FORD has her own personal attorney who is advising her on issues regarding her defense, representation and deposition, and that attorney has been in discussions with defendants' counsel.

   b. The CCA employees who are licensed clinicians or certified education professionals have taken the position that they will not testify without Plaintiff first obtaining advance written "authorization" from the legal guardians of KD and K.J.W.; at least one of these clinicians has her own personal attorney advising her on licensing matters. Plaintiff's position is that such authorizations are not appropriate;

7. The parties have been meeting and conferring by email, are in process of scheduling an in-person meet and confer on this issue, and anticipate that court intervention will be necessary;

8. Under the current deadlines, lay discovery will close before Plaintiff can

1  complete the depositions of Defendant CCA employees;

2  9. Defendant CCA intends to conduct a Rule 35 Examination and
3  deposition of the minor Plaintiff and the Parties are presently meeting
4  and conferring regarding the dates and scope; Defendant also intends to
5  complete the deposition of Guardian Ad Litem Laquantae Davis;

6  10. The parties jointly stipulate and request that the deadlines as set forth in
7  the Scheduling Order (Dkt. 72) shall be extended as follows:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Fact Discovery | 06/06/25 | **08/08/2025** |
| Expert Disclosure | 07/04/2025 | **09/05/2025** |
| Rebuttal Expert Disclosure | 08/01/2025 | **11/03/2025** |
| Expert Discovery | 08/29/2025 | **10/30/2025** |
| Dispositive Filings | 11/07/2025 | -- |
| Dispositive Hearing | 12/18/2025 | -- |
| Pretrial Conference | 03/12/2026 | -- |
| Jury Trial | 05/11/2026 | -- |

11. As shown above, the current dates and deadlines the Parties propose for dispositive motion filing, dispositive motion hearing date, pretrial conference, and jury trial ***would remain unchanged***.

12. Good cause supports this joint request, as the pre-trial modifications would allow the parties to complete fact discovery needed for trial or pre-trial resolution. The parties cannot adequately prepare the case for trial without additional time to complete discovery.

13. The Parties respectfully submit that this modification will better allow them to resolve outstanding issues, complete discovery and prepare the case for trial. IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER - CASE NO. 2:23-cv-00083-DJC-JDP

| | | |
|---|---|---|
| 1 | Dated: May 22, 2025 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By:      /s/ Valerie N. Rose
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, LAQUANTAE DAVIS

Dated: May 22, 2025    YOUNG MINNEY CORR LLP

By:      /s/ Mark Julius
MARK JULIUS
Attorney for Defendants
CALIBER CHANGEMAKERS ACADEMY, RACHAEL WEINGARTEN, AISHA FORD

## ORDER

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. <u>Final Pretrial Conference Hearing</u>: The deadline for the Final Pre-Trial Conference will remain unchanged, March 12, 2026 at 1:30 PM

2. <u>Jury Trial</u>: The Trial date will remain unchanged, May 11, 2026 at 8:30 AM

3. <u>Dispositive Motion Hearing Deadline</u>: The deadline for hearing dispositive motions will remain unchanged, December 18, 2025

4. <u>Dispositive Motion Filing Deadline</u>: The deadline to file motions, including dispositive motions, will remain unchanged, November 07, 2025.

5. <u>Lay Discovery Period</u>: The deadline to complete lay discovery *shall be extended* from June 6, 2025 to **August 8, 2025**.

6. <u>Initial Expert Disclosure</u>:  The deadline to exchange initial expert disclosure and reports *shall be extended* from July 04, 2025 to **September 05, 2025**.

7. <u>Rebuttal Expert Disclosure</u>:  The deadline to exchange rebuttal expert reports *shall be extended* from August 01, 2025 to **November 03, 2025**.

8. <u>Expert Discovery Period</u>:  The deadline to complete expert discovery *shall be extended* from August 29, 2025 to **October 30, 2025**.

IT IS SO ORDERED.

Dated:  May 23, 2025         /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER - CASE NO. 2:23-cv-00083-DJC-JDP