1

2

LAW OFFICES OF

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR

SAN FRANCISCO, CALIFORNIA 94108-2615

T: (415) 981-7210 · F: (415) 391-6965

3

4

5

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)

6

vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)

7

kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

8

**K.D., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, LAQUANTAE DAVIS**

9

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13

14

K.D., a minor, by and through his
Guardian ad Litem, LAQUANTAE
DAVIS,

15

Plaintiff,

16

v.

17

18

CALIBER CHANGEMAKERS
ACADEMY, VALLEJO CITY UNIFIED
SCHOOL DISTRICT, RACHAEL
WEINGARTEN, AISHA FORD and
DOES 1-50 inclusive,

19

20

Defendants.

21

Case No. 2:23-cv-00083-DJC-JDP

**NOTICE OF SETTLEMENT AND
REQUEST TO VACATE PRETRIAL
AND TRIAL DATES**

**Hon. Daniel J. Calabretta
Magistrate Jeremy D. Peterson**

22

///

23

///

24

///

25

///

26

///

27

///

28

///

1

1    TO THE HONORABLE COURT:

2    1.    Trial is currently set for May 11, 2026.

3    2.    The parties to this action have reached a tentative settlement.

4    3.    In the interim, Plaintiff will prepare and submit a Motion to Approve

5   Settlement.

6    4.    The parties respectfully request that the current trial date be vacated to

7   enable them to finalize the settlement, and that a further Case Management

8   Conference be set in 90 days as the Court's calendar may permit.

9   Dated:  August 04, 2025          WALKUP, MELODIA, KELLY & SCHOENBERGER

10

11

12                                    By: _____
                                          KHALDOUN A. BAGHDADI
13                                        VALERIE N. ROSE
                                          KELLY L. GANCI
14                                        Attorneys for PLAINTIFF
                                          K.D., A MINOR, BY AND THROUGH HIS
15                                        GUARDIAN AD LITEM, LAQUANTAE
                                          DAVIS
16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650  CALIFORNIA  STREET
26TH  FLOOR
SAN  FRANCISCO,  CA   94108
(415)  981-7210

2

NOTICE OF SETTLEMENT AND REQUEST TO VACATE PRETRIAL AND TRIAL DATES - CASE NO. 2:23-cv-00083-DJC-JDP