LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTAE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO CITY UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**STIPULATED REQUEST AND ORDER TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO APPROVE [L.R. 144(e)]**<br><br>**Hon. Daniel J. Calabretta<br>Magistrate Jeremy D. Peterson** |

Plaintiff K.D. and Defendant Caliber Changemakers Academy, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff and Defendant Caliber Changemakers Academy reached a settlement in August 2025;

2. The settlement terms agree for payment from Defendant Caliber to Plaintiff in exchange for a full dismissal of his claims against all defendants;

3. Plaintiff filed a motion to approve on September 22, 2025, but the Court

1
STIPULATED REQUEST AND ORDER TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO APPROVE - CASE NO. 2:23-cv-00083-DJC-JDP

did not assign a hearing date to hear Plaintiff's Motion to Approve until November 20, 2025;

4. Plaintiff seeks earlier resolution of this matter for reasons articulated in the underlying Motion; to wit, to facilitate prompt treatment of K.D.'s mental health issues, which include recent mental health crises, and to ensure K.D. is housed in the short term to allow his mother to return to full time employment. *See* ¶¶ 8-10 of Plaintiff's Motion to Approve. As explained more fully in Plaintiff's motion to approve, a portion of the funds will be placed in the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. and will be used to pay for therapy and mental health services that Plaintiff needs in the immediate short term. Without these funds, Plaintiff's guardian has no other way to pay for the specialty mental health services that Plaintiff requires;

5. Plaintiff accordingly seeks that the Court promptly decide the Motion on the papers without hearing, or alternatively shorten time to hear the Motion in early October. Defendant Caliber Changemakers Academy does not oppose Plaintiff's underlying Motion, does not oppose the Court deciding the Motion on the papers, and alternatively does not oppose shortening time on hearing the Motion.

6. There is no prejudice to either party to provide Plaintiff the requested relief, whereas Plaintiff will suffer severe prejudice should because the relief not be provided;

IT IS SO STIPULATED.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATED REQUEST AND ORDER TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO APPROVE - CASE NO. 2:23-cv-00083-DJC-JDP

| | | |
|---|---|---|
| Dated: September 29, 2025 | | Walkup, Melodia, Kelly & Schoenberger |

By: _____/s/ Kelly L. Ganci_____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, LAQUANTAE
DAVIS

Dated: September 29, 2025    Gordon Rees Skully Mansukhani

By: _____/s/ Mark Julius_____
MARK JULIUS
Attorney for DEFENDANT CALIBER
CHANGEMAKERS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATED REQUEST AND ORDER TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO APPROVE - CASE NO. 2:23-cv-00083-DJC-JDP

**ORDER**

Based on the foregoing stipulation and in the interests of justice, Plaintiff's Motion to Approve Settlement of Minor's Claims, ECF No. 105, is ORDERED submitted without appearance and without oral argument pursuant to Local Rule 230(g).  As such, the hearing on said motion, set for November 20, 2025, is VACATED.  If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly.

Dated:  September 29, 2025          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4
STIPULATED REQUEST AND ORDER TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO APPROVE - CASE NO. 2:23-cv-00083-DJC-JDP