LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTAE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO CITY UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS**<br><br>**Hon. Daniel J. Calabretta<br>Magistrate Jeremy D. Peterson** |

Plaintiff and Defendants in the above-entitled action have reached a settlement agreement for $1,500,000 to approval of this Court;

WHEREAS the parties have drafted a settlement agreement which is conditioned upon court approval;

The Court orders the following:

1.   The Court grants the motion to approve the settlement on behalf of minor K.D. as set forth in the motion;

1

2. The Court orders that Defendant CALIBER CHANGEMAKERS ACADEMY shall make:

    a. A cash payment of $753,254.18, made payable to K.D., a minor, by and through his guardian ad litem Laquante Davis and Walkup, Melodia, Kelly & Schoenberger. Pursuant to the Parties' proposed Settlement Agreement, said cash payment shall be made within fifteen days of entry of this Order. This amount shall be distributed as follows:

        i. $140,286.27 for costs advanced by Plaintiff's counsel;

        ii. $452,967.91 for attorneys' fees;

        iii. $130,000 to Legacy Enhancement Trusts to fund the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. (Trust);

        iv. $30,000 payable to LaQuantae Davis, mother and guardian ad litem for K.D.

    b. A check in the amount of $746,745.82 to Trustee of the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. to fund the purchase of a structured settlement annuity for the benefit of Plaintiff through an annuity policy issued by United of Omaha Life Insurance Company as further detailed below.

2. Periodic payments to Trustee of the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. will be made according to the schedule of Payments as follows:

        i. $1,000 payable monthly guaranteed for 4 years beginning on February 1, 2026 with the last guaranteed payment on January 1, 2030;

        ii. $40,000 payable annually beginning on July 20, 2030, with the last guaranteed payment on July 20, 2033;

        iii. $1,500 payable monthly, guaranteed for 7 years beginning on July 20, 2030, increasing at a rate of 3% compounded annually with the last guaranteed payment on June 20, 2037;

        iv. $75,000 lump sum payment on July 20, 2035;

        v. $125,000 lump sum payment on July 20, 2037;

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS - CASE NO. 2:23-cv-00083-DJC-JDP

         vi.   $150,000 lump sum payment on July 20, 2039;

         v.   $655,739.35 lump sum payment on July 20, 2042;

3. The Defendant's obligation to make the periodic payments described herein shall be assigned to United of Omaha Life Insurance Company through a Qualified Assignment and funded by an annuity contract issued by United of Omaha Life Insurance Company, rated A+XV by A.M. Best.

3. The Trust as presented to the Court in <u>Exhibit A</u> of Dkt. 105 is hereby approved.

4. The Court orders the establishment of the Legacy Enhancement Minors' Master Pooled Trust, Inc. pursuant to 42 U.S.C. § 1396p(d)(4)(C).

   a. Petitioner shall complete and execute the joinder agreement and other documents so Beneficiary may join the pooled trust;

   b. Christian Brun, President of Legacy Enhancement, Inc., shall serve as initial trustee;

   c. $130,000 of the settlement funds, as identified in section 2(a)(iii), shall fund the trust;

   d. Beneficiary's subaccount with the trust is subject to the continuing jurisdiction of Solano Superior Court.  The first account and report of trustee shall be filed with Solano Superior Court after the first year of administration of the trust; and

   e. The 1.95% annual administration fee for administration and execution of the terms of the trust is hereby approved.

////
////
////
////
////
////

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS - CASE NO. 2:23-cv-00083-DJC-JDP

5. Each party will bear its own attorneys' fees and costs as agreed upon in the settlement agreement.

6. Upon payment of the amounts specified herein, Defendants shall be entirely dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS - CASE NO. 2:23-cv-00083-DJC-JDP