LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, LAQUANTAE DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through his Guardian ad Litem, LAQUANTAE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CHANGEMAKERS ACADEMY, VALLEJO CITY UNIFIED SCHOOL DISTRICT, RACHAEL WEINGARTEN, AISHA FORD and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00083-DJC-JDP<br><br>**STIPULATION AND AMENDED ORDER RE MOTION TO APPROVE SETTLEMENT**<br><br>**Hon. Daniel J. Calabretta<br>Magistrate Jeremy D. Peterson** |

The parties to the settlement in the above-entitled action hereby stipulate as follows regarding Plaintiff's motion to approve settlement:

1. On October 22, 2025 the Court granted Plaintiff's motion to approve via amended order (Dkt. No. 113);

2. Thereafter, the settlement brokers for the respective parties noticed errors relating to payment of the minor's annuity. Plaintiff inadvertently identified the trust as the payee instead of the assignment company.

3. The correct Payee for the annuity should be Mutual of Omaha Structured Settlement Company, not the Trustee of the Legacy Enhancement Minor's Master Pooled Trust fbo K.D.;

4. Additionally, there was an error in the periodic payment schedule. As set forth in the amended order, periodic payments will be made to the Trustee of the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. until he reaches the age of majority. Thereafter, future periodic payments will be made to K.D. directly. There is no change to the periodic payment schedule or the amounts to be paid, only the recipients of the payments as stated above.

5. The settlement brokers for the parties also requested the name of the assignment company be updated in the order to reflect the correct entity, from United of Omaha Life Insurance Company to Mutual of Omaha Structured Settlement Company;

6. Therefore, the parties request the Court sign an amended order reflecting those changes;

7. Without an amended order, the annuity cannot be purchased. The funds apportioned to the annuity ($746,745.82) will not, and cannot be utilized until an amended order issues;

8. This error does not in any way affect the establishment of the Trust itself or the cash portion of the settlement ($753,254.18), addressed by this Court in its October 22, 2025 order (Dkt. 113);

9. The parties appreciate the Court's time and attention to this matter and apologize for any inconvenience.

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER RE MOTION TO APPROVE SETTLEMENT - CASE NO. 2:23-cv-00083-DJC-JDP

| | | |
|---|---|---|
| Dated: November 4, 2025 | | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By:     /s/ Kelly L. Ganci
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
K.D., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, LAQUANTAE DAVIS

Dated: November 4, 2025     YOUNG MINNEY & CORR LLP

By:     */s/ Mark S. Julius*
MARK S. JULIUS
Attorneys for DEFENDANT CALIBER CHANGEMAKERS ACADEMY

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND ORDER RE MOTION TO APPROVE SETTLEMENT - CASE NO. 2:23-cv-00083-DJC-JDP

## AMENDED ORDER

1. Upon request of the parties and good cause appearing, the Court hereby amends its order of October 22, 2025 (Dkt. 113) as follows:

2. Page 2:14-3:6 of Dkt. 113 shall be stricken.

3. In addition to the remaining provisions of Dkt. 113, the Court orders that Defendant Caliber Changemakers shall issue a check in the amount of $746,745.82 payable to Mutual of Omaha Structured Settlement Company to fund the purchase of a structured settlement annuity for the benefit of Plaintiff through an annuity policy issued by United of Omaha Life Insurance Company as further detailed below.

    a. Periodic payments to Trustee of the Legacy Enhancement Minor's Master Pooled Trust fbo K.D. will be made according to the schedule of Payments as follows:

        i. $1,000 payable monthly guaranteed for 4 years beginning on February 1, 2026 with the last guaranteed payment on January 1, 2030;

    b. Future periodic payments to K.D. on the dates and in the amounts indicated hereafter:

        i. $40,000 payable annually beginning on July 20, 2030, with the last guaranteed payment on July 20, 2033;

        ii. $1,500 payable monthly, guaranteed for 7 years beginning on July 20, 2030, increasing at a rate of 3% compounded annually with the last guaranteed payment on June 20, 2037;

        iii. $75,000 lump sum payment on July 20, 2035;

        iv. $125,000 lump sum payment on July 20, 2037;

        v. $150,000 lump sum payment on July 20, 2039;

        i. $655,739.35 lump sum payment on July 20, 2042;

////

////

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND ORDER RE MOTION TO APPROVE SETTLEMENT - CASE NO. 2:23-cv-00083-DJC-JDP

1   4. The Defendant's obligation to make the periodic payments described
2 herein shall be assigned to Mutual of Omaha Structured Settlement Company
3 through a Qualified Assignment and funded by an annuity contract issued by United
4 of Omaha Life Insurance Company rated A+XV by A.M. Best.

7 Dated:  November 6, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

5
STIPULATION AND ORDER RE MOTION TO APPROVE SETTLEMENT - CASE NO. 2:23-cv-00083-DJC-JDP