# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K. D.** , <br><br>           v. <br><br> **CALIBER CHANGEMAKERS ACADEMY** , **ET AL.** , | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO: **2:23−CV−00083−DJC−JDP** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/6/2025 .**

ENTERED:  **November 12, 2025**          /s/  **Keith Holland**
                                                            Clerk of Court